# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Criminal Action No.   05-124M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TERRY LIN CLARK,

    Defendant.

## ORDER

This matter having come on for consideration upon the Government's Motion To Dismiss, the Court, upon due consideration, **HEREBY ORDERS** that counts one of the information is hereby dismissed, without prejudice.

**SO ORDERED** this _8th_ day of February, 2006.

BY THE COURT:

_____
David L. West
United States Magistrate Judge
District of Colorado

Copies to:   James M. Candelaria, AUSA
                Brian K. Schowalter, Defense Counsel