# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: 05-MJ-00124-DLW |
| | USM Number: 000 |
| TERRY LIN CLARK | Brian K. Schowalter |
| | (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to Violation No. P450433/09..

The defendant is adjudicated guilty of this offense:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 C.F.R. 2.34(a)(1) | Disorderly Conduct, Engaging in Fighting or Threatening or Violent Behavior | July 6, 2005 | 1 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

November 8, 2005
Date of Imposition of Judgment

*[signature]*
Signature of Judge

David L. West, United States Magistrate Judge
Name & Title of Judge

February 20, 2006
Date

DEFENDANT: TERRY LIN CLARK
CASE NUMBER: 05-MJ-00124-DLW                                                    Judgment-Page 2 of 3

## MONETARY OBLIGATIONS

The defendant must pay total monetary obligations under the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $10.00 | $100.00 | $0.00 |
| **TOTALS** | $10.00 | $100.00 | $0.00 |

The defendant must pay interest on any restitution or fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options set forth below may be subject to penalties for delinquency and default pursuant to 18 U.S.C. § 3612(g).

**IT IS FURTHER ORDERED** that the Defendant shall pay $180.00 for the services of his court appointed counsel.

**IT IS ALSO ORDERED** that the Defendant shall not be allowed to enter Mesa Verde National Park for a period of one (1) year from the date of this Judgment.

DEFENDANT: TERRY LIN CLARK
CASE NUMBER: 05-MJ-00124-DLW

Judgment-Page 3 of 3

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations is due as follows:

Defendant to pay fine and special assessment immediately.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order: (1) special assessment, (2) fine principal, (3) fine interest, (4) penalties.

DEFENDANT: TERRY LIN CLARK
CASE NUMBER: 05-MJ-00124-DLW

Judgment-Page A-1

## ADDENDUM TO JUDGMENT IN A CRIMINAL CASE
(Confidential Information Concerning Defendant)

Defendant's Social Security Number:     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

Defendant's Date of Birth:              07/31/49

Defendant's Residence Address:          6486 Windmont Avenue
                                        Parker, Colorado 80134

Defendant's Mailing Address:            SAME

To comply with 18 U.S.C.A. § 3612(b)(1)(A), this separate section of the judgment styled "ADDENDUM TO JUDGMENT IN A CRIMINAL CASE (CONFIDENTIAL INFORMATION CONCERNING DEFENDANT)" shall contain defendant's social security account number, mailing address, and residence address. The probation officer shall maintain this Addendum, and it shall not be filed with the clerk. Unless otherwise ordered, the Probation Department shall disclose the Addendum only to counsel of record and to any attorney for the Government engaged, pursuant to 18 U.S.C.A. § 3612(b)(1)(A), in collection of a monetary obligation imposed by the judgment. The judgment entered and filed by the clerk shall refer to the Addendum and shall recite that it contains defendant's social security number, date of birth, residence address, and mailing address and is withheld from the file pursuant to court order. The court finds that the defendant has a privacy interest in keeping this information confidential, that public disclosure of this information may potentially harm defendant, that the public interest in this information is minuscule, and that the potential harm to defendant outweighs the public interest in disclosure.

November 8, 2005
Date of Imposition of Judgment

_[signature]_
Signature of Judge

David L. West, United States Magistrate Judge
Name & Title of Judge

February 20 2006
Date